■ In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner, v. JOHN MARVIN CRAWFORD, Respondent.— This is a proceeding to discipline respondent, an attorney at law, for professional misconduct in that he wrongfully refused to return moneys received from a client for expenses incident to the prosecution of a divorce action. It appears from the petition that respondent failed to institute the action; that after a period of time the client informed respondent that she no longer desired to sue for divorce; that she thereupon requested the return of the money she had paid him for the expenses of the proposed lawsuit; and that respondent ignored such request. Respondent failed to appear before the Grievance Committee of the petitioner on the preliminary investigation of this charge. Respondent likewise failed to appear in this court in this proceeding or to serve an answer to the petition, although such petition and the order to show cause thereon were duly served upon him. Accordingly, the respondent is disbarred and his name is directed to be struck from the roll of attorneys and counselors at law. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ In the Matter of SAMUEL GREASON, Petitioner, v. IRVING E. DICKMAN, Respondent.— This is a proceeding to discipline respondent, an attorney, for professional misconduct. The petition charges: (1) that respondent failed to turn over to his clients and converted to his own use moneys received in settlement of various actions and in the course of negotiations with respect to real estate and other transactions; (2) that he forged the indorsement of payees' names on checks received by him as attorney; (3) that he used escrow and trust funds for his personal use; (4) that he commingled such funds; (5) that he committed larceny with respect to funds of his clients and funds of others entrusted to his care; and (6) that from time to time he issued checks which were dishonored. These charges are based upon evidence adduced before the Hon. FRANK A. GULLOTTA, the Justice presiding at the Judicial Inquiry on Professional Conduct before the Additional Special Term of the Supreme Court, Nassau County. Although the petition and order to show cause were duly served upon respondent, he failed to appear in this proceeding or to answer the petition on the return day. Thereafter, and on May 25, 1964, respondent submitted a written verified answer in which he in effect has conceded the truth of some of the charges made against him. Accordingly, the respondent is disbarred and his name is directed to be struck from the roll of attorneys and counselors at law. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.